## Blair and Others *v.* Vierling.

Liquor Law.—*License.*—*Change of Venue.*—*Appeal.*—Where an appeal has been taken to the circuit court or court of common pleas from the decision of the board of county commissioners in a proceeding to obtain a license under the temperance act of 1859, resisted by remonstrance, a change of venue may be granted, as in other "civil actions." No appeal lies to the Supreme Court from the judgment of the court to which such change is taken.

APPEAL from the Daviess Circuit Court.

Gregory, C. J.—The appeal in this case must be dismissed.

In *The State* v. *Vierling,* at this term, *ante,* p. 99, it was held that the change of venue was properly granted from the Gibson to the Daviess Circuit Court.

This was a proceeding commenced before the commissioners of Gibson county, to obtain a license under the temperance act of 1859, to retail intoxicating liquors by a less quantity than a quart at a time. By the act of March 17th, 1861, the judgment of the circuit court, in such cases, is final, and without appeal therefrom. Acts 1861, p. 143, sec. 2.

Appeal dismissed, with costs.

Frazer, J., was absent.

*D. F. Embree,* for appellants.

*A. C. Donald* and *C. A. Buskirk,* for appellee.